*Whitley,* 514 U.S. 419, 436–37, 115 S.Ct. 1555, 131 L.Ed.2d 490 (1995).

Because we are unpersuaded that the absence of Ishman's testimony undermines confidence in the reliability of the jury's guilt and punishment verdicts, we affirm the district court's conclusion that the state courts did not act contrary to or unreasonably apply Supreme Court precedents regarding *Brady* violations in finding Ishman's testimony immaterial. Accordingly, we AFFIRM the judgment denying habeas relief.

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Miguel FIGUEROA–ROJAS,
Defendant–Appellant.**

**No. 05–41193.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 19, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before KING, WIENER and DeMOSS, Circuit Judges.

PER CURIAM: *

Miguel Figueroa–Rojas's constitutional challenge is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). Although Figueroa–Rojas contends that *Almendarez–Torres* was incorrectly decided and that a majority of the Supreme Court would overrule *Almendarez–Torres* in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), we have repeatedly rejected such arguments on the basis that *Almendarez–Torres* remains binding. *See United States v. Garza–Lopez,* 410 F.3d 268, 276 (5th Cir.), *cert. denied,* —— U.S. ——, 126 S.Ct. 298, 163 L.Ed.2d 260 (2005). Figueroa–Rojas properly concedes that his argument is foreclosed in light of *Almendarez–Torres* and circuit precedent, but he raises it here to preserve it for further review.

The conviction and sentence of Figueroa–Rojas are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

